SETH L. NEULIGHT, CA BAR NO. 184440
sneulight@nixonpeabody.com
KRISTA P. BELL, CA BAR No. 245884
kpbell@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Tel: (415) 984-8200
Fax: (415) 984-8300

Attorneys for Defendants
KAISER FOUNDATION HOSPITALS and
KAISER FOUNDATION HEALTH PLAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL F. WRIGHT, PH.D.<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HOSPITALS, et al.<br><br>　　　　　　　Defendants. | Case No. 3:12-cv-00663-WHA<br>Assigned to the Hon. William Alsup<br><br>**NOTICE AND [PROPOSED] ORDER RE: SUBSTITUTION OF COUNSEL FOR DEFENDANTS KAISER FOUNDATION HOSPITALS AND KAISER FOUNDATION HEALTH PLAN, INC.**<br><br><br>Complaint File: February 12, 2012<br>Trial Date: None set |

TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendants Kaiser Foundation Hospitals and Kaiser Foundation Health Plan, Inc. substitute their counsel of record in this matter as follows:

**Former Counsel:**

> Grace A. Carter
> gracecarter@paulhastings.com
> Gina Guarienti Cook
> PAUL HASTINGS LLP
> 55 Second Street, 24th Floor
> San Francisco, CA  94105
> Telephone:    (415) 856-7000
> Facsimile:    (415) 856-7100

**New Counsel:**

The new counsel of defendants Kaiser Foundation Hospitals and Kaiser Foundation Health Plan, Inc., on whom all notices and papers should be served, is the firm of Nixon Peabody LLP and its associated attorneys as follows:

> Seth L. Neulight, CA Bar No. 184440
> sneulight@nixonpeabody.com
> Krista P. Bell, CA Bar No. 245884
> kpbell@nixonpeabody.com
> NIXON PEABODY LLP
> One Embarcadero Center, 18th Floor
> San Francisco, CA  94111
> Tel: (415) 984-8200
> Fax: (415) 984-8300

The undersigned counsel and parties, by their signatures below, hereby consent to the substitution.

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

PAUL HASTINGS LLP

DATED: March 14, 2012            By: /s/Grace A. Carter
                                     Grace A. Carter
                                     Gina Guarienti Cook
                                     *Former* Attorneys for Defendants
                                     KAISER FOUNDATION HOSPITALS and
                                     KAISER FOUNDATION HEALTH PLAN, INC.


NIXON PEABODY LLP

DATED: March 14, 2012            By: /s/Seth L. Neulight
                                     Seth L. Neulight
                                     Krista P. Bell
                                     Attorneys for Defendants
                                     KAISER FOUNDATION HOSPITALS and
                                     KAISER FOUNDATION HEALTH PLAN, INC.


DATED: March 14, 2012            By: /s/Tamara Mason-Williams, Esq.
                                     Tamara-Mason Williams, Esq.
                                     On Behalf of Defendants
                                     KAISER FOUNDATION HOSPITALS and
                                     KAISER FOUNDATION HEALTH PLAN, INC.

## ATTESTATION OF COUNSEL

Pursuant to subsection X.B of General Order No. 45, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: March 14, 2012            By: /s/Seth L. Neulight
                                     Seth L. Neulight

1
2
3   **PROPOSED ORDER**
4   Pursuant to the consent of the parties and counsel indicated above, the substitution of counsel
5   shall be effective as of the date of this order.
6   **IT IS SO ORDERED.**
7
8   DATED: __March 19__, 2012
9                                                    _____
                                                     HON. WILLIAM H. ALSUP
10                                                   United States District Court Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

**CASE NAME:** Michael F. Wright, PH.D. v. Kaiser Foundation Hospitals, et al.
**COURT:** United States District Court, Northern District of California
**CASE NO.:** 3:12-cv-00663-WHA
**NP FILE:** 420167-000168

I, the undersigned, certify that I am employed in the City and County of San Francisco, that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, 18th Floor, San Francisco, CA 94111. On the date below, I served the following document(s):

**NOTICE AND [PROPOSED] ORDER RE: SUBSTITUTION OF COUNSEL FOR DEFENDANTS KAISER FOUNDATION HOSPITALS AND KAISER FOUNDATION HEALTH PLAN, INC.**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ : By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

___ : By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

___ : By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

___ : By Facsimile — From facsimile number at approximately A.M./P.M., I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

___ : By Electronic Mail/E-Filing — I caused each such document(s) to be served electronically on the person(s) listed below via their electronic email address listed.

| | |
|---|---|
| Grace A. Carter | Lisa M. Pooley |
| Gina Guarienti Cook | Hanson Bridgett LLP |
| Paul Hastings LLP | 425 Market Street, 26th Floor |
| 55 Second Street, 24th Floor | San Francisco, CA 94105 |
| San Francisco, CA 94105 | Tel: 415-995-5051 |
| Tel: 415-856-7000 | |
| Fax: 415-856-7100 | |

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 19, 2012, at San Francisco, California.

_____
Mary Yow

13838223.1