IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL F. WRIGHT Ph.D.,

    Plaintiff,

  v.

KAISER FOUNDATION HOSPITALS, KAISER FOUNDATION HEALTH PLAN, THE PERMANENTE MEDICAL GROUP, and DOES 1–20, inclusive,

    Defendants.
                                      /

No. C 12-00663 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

    The Court is in receipt of plaintiff's letter of June 11, 2012, concerning its discovery dispute and hereby **SETS** a meet-and-confer for **FRIDAY, JUNE 15** in the Court's jury room to commence at **8:00 A.M. AND CONTINUING THROUGH TO 11:00 A.M.** At 11:00 a.m., the Court shall hear any remaining issue(s) not resolved. Please buzz chambers at 9:00 a.m. to be let into the jury room. Defendant's response is due by **NOON ON THURSDAY, JUNE 14**.

    Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may argue at the hearing.

    **IT IS SO ORDERED.**

Dated: June 12, 2012.

                                                             WILLIAM ALSUP
                                                            UNITED STATES DISTRICT JUDGE