**United States District Court**
For the Northern District of California

1
2
3
4
5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

10   MICHAEL F. WRIGHT Ph.D.,

11          Plaintiff,                              No. C 12-00663 WHA

12      v.

13   KAISER FOUNDATION HOSPITALS,         **ORDER RESETTING HEARING**
     KAISER FOUNDATION HEALTH             **AND MEET-AND-CONFER**
14   PLAN, THE PERMANENTE MEDICAL
     GROUP, and DOES 1–20, inclusive,
15

16          Defendants.
                                     /

17

18          Defendant has requested the Court advance the meet-and-confer and the discovery

19   hearing.  The meet-and-confer will now commence at **7:30 A.M. AND CONTINUING TO 10:30 A.M.**

20   **ON THURSDAY, JUNE 14, 2012**, in the Court's jury room.  Defendant's response is due by

21   5:00 p.m. today.

22

23          **IT IS SO ORDERED.**

24

25   Dated:  June 13, 2012.
                                     _____
26                                   WILLIAM ALSUP
                                     UNITED STATES DISTRICT JUDGE
27

28