IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL F. WRIGHT Ph.D.,

    Plaintiff,

  v.

KAISER FOUNDATION HOSPITALS, KAISER FOUNDATION HEALTH PLAN, THE PERMANENTE MEDICAL GROUP, and DOES 1–20, inclusive,

    Defendants.

No. C 12-00663 WHA

**ORDER RESETTING HEARING AND MEET-AND-CONFER**

Defendant has requested the Court advance the meet-and-confer and the discovery hearing. The meet-and-confer will now commence at **7:30 A.M. AND CONTINUING TO 10:30 A.M. ON THURSDAY, JUNE 14, 2012**, in the Court's jury room. Defendant's response is due by 5:00 p.m. today.

**IT IS SO ORDERED.**

Dated: June 13, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE