HANSON BRIDGETT LLP
PATRICK M. GLENN, SBN 141604
pglenn@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
ANGELA M. CLEMENTS, SBN 266349
aclements@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL F. WRIGHT, PH.D.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAISER FOUNDATION HOSPITALS, KAISER FOUNDATION HEALTH PLAN, THE PERMANENTE MEDICAL GROUP, AND DOES 1-20, inclusive,<br><br>　　　　Defendants. | CASE NO. CV12 0663 WHA<br><br>[~~PROPOSED~~] ORDER RESOLVING DISCOVERY DISPUTES |

　　　　Pursuant to this Court's Order of June 13, 2012, discovery disputes between Plaintiff Michael Wright, Ph.D. and Defendants The Permanente Medical Group, Inc., Kaiser Foundation Hospitals and Kaiser Foundation Health Plan, Inc. came on for hearing following a Court-ordered meet and confer session on June 14, 2012.  Stephen D. Schear appeared for Plaintiff; Lisa M. Pooley of Hanson Bridgett LLP appeared for Defendant The Permanente Medical Group, Inc.; and Seth L. Neulight of Nixon Peabody LLP appeared for Defendants Kaiser Foundation Hospitals and Kaiser Foundation Health Plan, Inc.  The Court made the following orders:

　　　　1.　　The deposition of Kim Stroup shall take place on June 19, 2012.

　　　　2.　　The deposition of Lisa Upton shall take place on June 21, 2012, at 9 a.m.

1    3.	The deposition of Susan Williams shall take place on June 21, 2012, at 1 p.m.

2    4.	These three depositions are to take place at the office of Stephen D. Schear. The
3 dates of the three depositions ordered above may be changed only if mutually agreed to in writing
4 by all parties.

5    5.	Plaintiff is permitted to proceed with his requested site inspection and, with the
6 understanding that he will avoid private and confidential information, including protected health
7 information, he may videotape and photograph the premises.

8    ~~6.	This case will be governed by the Northern District's "Stipulated Protective Order~~
9 ~~for Standard Litigation."~~

DATED: June 22, 2012				HANSON BRIDGETT LLP


						By:	/s/ Lisa M. Pooley
							LISA M. POOLEY
							ANGELA M. CLEMENTS
							Attorneys for Defendant
							THE PERMANENTE MEDICAL GROUP, INC.


DATED: June 22, 2012				NIXON PEABODY LLP



						By:	/s/ Seth L. Neulight
							SETH L. NEULIGHT
							KRISTA BELL
							Attorneys for Defendants
							KAISER FOUNDATION HOSPITALS and
							KAISER FOUNDATION HEALTH PLAN, INC.


DATED: June 22, 2012			By:	/s/ Stephen D. Schear
							STEPHEN D. SCHEAR
							JENNY HUANG
							Attorneys for Plaintiff
							MICHAL WRIGHT, PH.D.

4355618.1

-2-

ORDER RESOLVING DISCOVERY DISPUTES
(CASE #CV12 0663 WHA)

IT IS SO ORDERED.

DATED: June 26, 2012.

_____
THE HONORABLE WILLIAM ALSUP
United States District Court Judge

-3-
ORDER RESOLVING DISCOVERY DISPUTES
(CASE #CV12 0663 WHA)