IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL WRIGHT,

    Plaintiff,

  v.

KAISER FOUNDATION HOSPITALS, et al.

    Defendants.
                           /

No. C 12-00663 WHA

**ORDER SETTING HEARING RE DISCOVERY DISPUTE**

      The Court acknowledges defendants' letter regarding a discovery dispute and hereby **SETS** a meet-and-confer in the Court's jury room starting from **7:30 A.M. AND CONTINUING THROUGH 11:30 A.M. ON TUESDAY, SEPTEMBER 4, 2012**, in the Court's jury room on the nineteenth floor of the federal courthouse. At 11:30 a.m., the Court shall hold a hearing to resolve any outstanding issue(s). Plaintiff's response is due by Noon on Monday, August 27. Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing. Please ring chambers to be let into the jury room.

**IT IS SO ORDERED.**

Dated: August 21, 2012.

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE